DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DANIEL RAY HARTNER,

Appellant,

v.

HARDEE COUNTY SHERIFF'S OFFICE,

Appellee.

No. 2D20-1761

_____

September 17, 2021

Appeal from the Circuit Court for Hardee County; David N. Horton,
Acting Circuit Judge.

Peter J. Brewer of Brewer Legal, P.A., Sebring, for Appellant.

Robert Wayne Evans and Jeffrey Champ of Allen, Norton & Blue,
P.A., Tallahassee, for Appellee.


PER CURIAM.

     Affirmed.

NORTHCUTT, CASANUEVA, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.